IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01388-WDM-MJH

JOHN HAFNER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER TO REOPEN CASE

Miller, J.

    By order signed March 28, 2006, I granted Defendant's motion for summary judgment, ruling that Plaintiff is precluded from recovering for emotional distress caused by his fear for his father's death or from the shock of witnessing his father's death. At the time, it appeared that the parties viewed this issue as dispositive of all of Plaintiff's remaining claims. Therefore, I administratively closed the case pursuant to D.C.Colo.LCivR 41.2 subject to possible reopening upon the filing of timely notice of claims that remain pending.

    Plaintiff filed a timely notice on April 27, 2006 informing the Court that several aspects of his claim for breach of insurance contracts remain pending. I agree that this notice constitutes good cause for reopening this case.

    Accordingly, it is ordered:

1. This case is reopened pursuant to D.C.Colo.LCivR 41.2.

2. The parties shall schedule a status conference with Magistrate Judge Hegarty.

DATED at Denver, Colorado, on May 4, 2006.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge